**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-26619-ALTMAN**

**MIGUEL ANTONIO CASTRO-DIAZ,**

*Petitioner,*

*v.*

**FIELD OFFICE DIRECTOR,**
**MIAMI FIELD OFFICE,**

*Respondent.*
_______________________________________/

# ORDER

Our Petitioner seeks his "immediate release" from custody. Petition for Writ of Habeas Corpus (the "Petition") [ECF No. 1] at 10. In turn, the Respondent has filed a Notice of Non-Opposition, explaining that it "does not oppose the issuance of an order ordering the release of Petitioner from federal custody." Notice of Non-Opposition [ECF No. 9] at 1. Accordingly, we hereby **GRANT** the Petition [ECF No. 1], **ORDER** the Respondent to immediately release the Petitioner from detention, and **DIRECT** the Clerk of Court to **CLOSE** this case.

**DONE AND ORDERED** in the Southern District of Florida on October 9, 2026.

_______________________________________
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

Noticing INS Attorney
Email: usafls-immigration@usdoj.gov